**FILED**
**APRIL 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 50060**

| | |
|---|---|
| FINOVA CAPITAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. _____ |
| v. ) | |
| ) | |
| JAMES BISHOP, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RULE 7.1(a) AND LOCAL RULE 3.2(a) DISCLOSURE STATEMENT**

Plaintiff, FINOVA Capital Corporation ("FINOVA"), by its attorneys, Reed Smith LLP, hereby certifies pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2(a) that:

1)  FINOVA's parent corporation is FINOVA Group, Incorporated.

2)  The following entities own 5% or more of FINOVA's stock:  FINOVA Group, Incorporated.

Respectfully submitted,

FINOVA CAPITAL CORPORATION

By:     /s/ John W. Moynihan_____
One of its attorneys

John W. Moynihan (ARDC  No. 6212061)
Gary S. Caplan (ARDC No. 6198263)
Joseph B. Prater (ARDC  No. 6290497)
Reed Smith LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL  60606
(312) 207-3869