IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FINOVA CAPITAL CORPORATION, )<br>)<br>Plaintiff, )<br>) | Judge Frederick J. Kapala |
| v. )<br>) | No. 3:08-cv-50060 |
| JAMES BISHOP, )<br>)<br>Defendant. ) | |

**DECLARATION OF JOHN W. MOYNIHAN IN SUPPORT OF FINOVA CAPITAL CORPORATION'S *EX PARTE* MOTION FOR RELIEF FROM A FILING ERROR**

Pursuant to Northern District of Illinois Local Rule 5.5(d), I, JOHN W. MOYNIHAN, as counsel for FINOVA Capital Corp. ("FINOVA"), do hereby declare and say that:

1. Counsel for FINOVA twice filed this action in the Northern District of Illinois, Eastern Division.

2. Both times, the case was erroneously assigned to the Western Division, thus necessitating *ex parte* relief from this Court transferring the case to the Eastern Division.

2. FINOVA has not made a previous application for similar relief.

I declare under the penalty of perjury of the laws of the state of Illinois that the foregoing is true and correct and within my own personal knowledge and that I will testify to the same if called to do so.

Executed this 15th day of April, 2008, at Chicago, Illinois.

                                              _____/s/ John W. Moynihan_____
                                                JOHN W. MOYNIHAN

- 2 -

John W. Moynihan (ARDC  No. 6212061)
Reed Smith LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL  60606
(312) 207-3869