## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50060 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Finova Capital Corp. vs. Bishop | | |

**DOCKET ENTRY TEXT:**

Plaintiff's ex parte motion for relief from filing error [6] is denied. This civil diversity action was originally filed under case no. 08-cv-50043 and assigned to my calender in this court's Western Division in accordance with the court's internal operating procedure. Plaintiff filed no objection but, rather, filed a notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Thereafter, plaintiff refiled the same action. Local Rule 40.3(b)(2) provides that "[w]hen a case is dismissed with prejudice or without, and a second case is filed involving the same parties and relating to the same subject matter, the second case shall be assigned to the judge to whom the first case was assigned."

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|