# United States District Court for the Northern District of Illinois

Case Number: 08-50060　　　　　Assigned/IssuedBy: _P6_

---

## FEE INFORMATION

**Amount Due:**　☐ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　　☐ IFP　　　　☒ No Fee　　☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　　Receipt #: _____

Date Paid: _____　　　　　Fiscal Clerk: _____

**FILED**
JUN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Third Party Summons
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)
- ☐ Alias Summons
- ☐ Lis Pendens

Original and ___0___ copies on __6/2/08__ (Date) as to __James Bishop__

---

C:\wpwin80\docket\fecinfo.frm　01/01