AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Finova Capital Corp.

V.

James F. Bishop

CASE NUMBER: 3:08-CV-50060

ASSIGNED JUDGE: Honorable Frederick J. Kapala

DESIGNATED MAGISTRATE JUDGE: Honorable Michael Mahoney

TO: (Name and address of Defendant)

James F. Bishop
550 Woodstock St.
Crystal Lake, IL
60014-3425

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Moynihan
Reed Smith LLP
10 S. Wacker Dr.
Chicago, IL
60606-7507

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

6/1/08

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

**3:08-CV-50060**

Service of the Summons and complaint was made by me[(1)]

**DATE:** June 9, 2008  4:35 PM

**NAME OF SERVER (PRINT):** George Pierce

**TITLE:** Private Detective 115-001381

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Law offices of James F. Bishop
  550 Woodstock Street, Crystal Lake, IL. 60014-3425
  Left with: Nora Watson: Secretary to James Bishop
  W/F, 5'2", 115, 53

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 100.00 | $100.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 9, 2008
  Date

Signature of Server: *George Pierce*

Address of Server: 1200 Harger Rd., Ste 500, Oak Brook, IL. 60523

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.