**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Finova Capital Corporation
                    Plaintiff,

v.                                              Case No.: 3:08−cv−50060
                                                Honorable Frederick J. Kapala

James Bishop
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

   MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on
6/25/2008. Response to complaint due by 7/28/2008. Parties to hold Rule 26 Meeting.
Case management order due by 7/29/2008. Initial Pretrial Conference set for 7/30/2008 at
01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.