UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FINOVA CAPITAL CORPORATION, | ) | |
| | ) | Case No. 08 C 50060 |
| Plaintiff, | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | Magistrate P. Michael Mahoney |
| JAMES BISHOP, | ) | |
| | ) | Courtroom No. 220 |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   See CM/ECF Service List.

   Please take notice that on Friday <u>August 8, 2008</u> at <u>9:00 a.m.</u>, before Judge Kapala in Courtroom 220, United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago Illinois, the undersigned will appear and present **Defendant James Bishop's Motion to Dismiss Plaintiff's Complaint Pursuant to Civ.R. 12(b)(6)**, a true and correct copy of which is served upon you via CM/ECF on July 28, 2008.

                    James Bishop

                    <u>  By: /s/ Stephen P. Carponelli</u>
                    One of his Attorneys

Stephen P. Carponelli (ARDC 397547)
Carponelli & Krug
230 West Monroe Street, Suite 250
Chicago, Illinois 60606
Tel:   (312) 372-2707
Fax:   (312) 641-6174