## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| FINOVA CAPITAL CORPORATION | 08-CV-50060 |
| v. | |
| JAMES BISHOP | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant James Bishop

| |
|---|
| NAME (Type or print)<br>Stephen P. Carponelli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Stephen P. Carponelli |
| FIRM<br>CARPONELLI & KRUG |
| STREET ADDRESS<br>230 West Monroe, Suite 250 |
| CITY/STATE/ZIP<br>Chicago, Illinois, 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>A.R.D.C. #03975 | TELEPHONE NUMBER<br>312-372-2707 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐