UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FINOVA CAPITAL CORPORATION, | ) | |
| | ) | Case No. 08 C 50060 |
| Plaintiff, | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | Magistrate P. Michael Mahoney |
| JAMES BISHOP, | ) | |
| | ) | Courtroom No. 220 / 206 |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

To:   See CM/ECF Service List.

Please take notice that on Friday August 8, 2008 at 9:00 a.m., before Magistrate P. Michael Mahoney in Courtroom 206, United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago Illinois, the undersigned will appear and present **Defendant James Bishop's Motion to Dismiss Plaintiff's Complaint Pursuant to Civ.R. 12(b)(6)**, a true and correct copy of which is served upon you via CM/ECF on July 28, 2008.

James Bishop

By: /s/ Stephen P. Carponelli
One of his Attorneys

Stephen P. Carponelli (ARDC 397547)
Carponelli & Krug
230 West Monroe Street, Suite 250
Chicago, Illinois 60606
Tel:   (312) 372-2707
Fax:   (312) 641-6174