**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Finova Capital Corporation
                              Plaintiff,

v.                                                   Case No.: 3:08−cv−50060
                                                     Honorable Frederick J. Kapala

James Bishop
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney: Initial pretrial conference held on 7/30/2008. Case management order approved as stated in open court. FRCP 26(a)(1) disclosure due 9/21/08. FRCP 26(a)(2) reserved. Parties are given 10 interrogatories each. Depositions limited to 5 hours. Amended Pleadings due by 9/29/2008. Fact Discovery ordered closed by 11/3/2008. Dispositive Motions due by 12/8/2008. Discovery Hearing set for 10/8/2008 at 01:30 PM. Defendant's Motion to dismiss [15] is taken under advisement. Presentment date stricken. Set deadlines as to motion to dismiss[15] : Responses due by 8/6/2008, Replies due by 8/13/2008. If a party is not going to file a brief in response or reply, it is that partys obligation, within the time frame established by this order, to so notify the court in writing. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.