UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FINOVA CAPITAL CORPORATION, | ) | |
| | ) | Case No. 08 C 50060 |
| Plaintiff, | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | Magistrate P. Michael Mahoney |
| JAMES BISHOP, | ) | |
| | ) | Courtroom No. 220 / 206 |
| Defendant. | ) | |

## NOTICE OF FILING

To:   See CM/ECF Service List.

   Please take notice that on August 13, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **Defendant James Bishop's Reply in Support of His Motion to Dismiss Plaintiff's Complaint Pursuant to Civ.R. 12(b)(6)**, a true and correct copy of which was electronically filed on the above date.


                                        James Bishop

                                        By: /s/ Stephen P. Carponelli
                                        One of his Attorneys

Stephen P. Carponelli (ARDC 397547)
Carponelli & Krug
230 West Monroe Street, Suite 250
Chicago, Illinois 60606
Tel:   (312) 372-2707
Fax:   (312) 641-6174