UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FINOVA CAPITAL CORPORATION, | ) | |
| | ) | Case No. 08 C 50060 |
| Plaintiff, | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | Magistrate P. Michael Mahoney |
| JAMES BISHOP, | ) | |
| | ) | Courtroom No. 220 / 206 |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

To:   See CM/ECF Service List.

I hereby certify that on <u>August 25, 2008</u>, I mailed a copy of **Defendant James Bishop's Response to Plaintiff's First Request to Admit** to the above named attorneys, a true and correct copy of which is attached hereto and served upon you via U.S. Mail.

James Bishop

By: /s/ Stephen P. Carponelli
One of his Attorneys

Stephen P. Carponelli (ARDC 397547)
Carponelli & Krug
230 West Monroe Street, Suite 250
Chicago, Illinois 60606
Tel:   (312) 372-2707
Fax:   (312) 641-6174